UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIA CHISHTI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 22-3490 (ABJ) |
| ) | |
| TATIANA SPOTTISWOODE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ZIA CHISHTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 23-0859 (ABJ) |
| ) | |
| TATIANA SPOTTISWOODE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon review of the record, the Court finds that Case No. 22-cv-3490 and Case No. 23-cv-0859 are closely related pursuant to Fed. R. Civ. P. 42(a)(2), and therefore, it is hereby **ORDERED** that these actions shall be **CONSOLIDATED**. All filings from this point on must be made on the docket in Case No. 22-cv-3490. It is **FURTHER ORDERED** that the Clerk of Court is directed to close Case No. 23-cv-0859.

Furthermore, upon review of the entire record in both cases, including the joint status report submitted in Case No. 23-cv-0859, Joint Status Report [Dkt. # 17], and plaintiffs' Motion to Adjourn and Hold in Abeyance Defendants' Motions to Dismiss [Dkt. # 30] ("Pls.' Mot."), in Case

No. 22-cv-3490, the Court deems it necessary in its discretion to manage this case through the entry of a series of additional orders. It is hereby **ORDERED** that:

1. Given the suggestion in plaintiffs' motion that attorney Ronald S. Sullivan, Jr. represents both plaintiffs, *see* Pls.' Mot. at 1, **Mr. Sullivan must file a notice of appearance on behalf of plaintiff Sarah Pobereskin by May 15, 2023**.

2. The newly retained attorneys from Aidala Bertuna & Kamins, PC in New York must file any **motions to appear *pro hac vice***, which must comport with LCvR 83.2(c), by **May 31, 2023**.

3. Since the *pro se* complaint in Case No. 22-cv-3490 does not begin to comport with the requirement of Fed. R. Civ. P. 8(a)(2) that it must be "a short and plain statement of the claim showing that the pleader is entitled to relief," and it contains a considerable volume of inappropriate matter, *see* Unredacted Compl. [Dkt. # 5] (SEALED), the ***pro se* complaint will be stricken** pursuant to Fed. R. Civ. P. 8 and 12(f). The Clerk of Court is directed to strike all versions of the complaint currently on the docket in Case No. 22-cv-3490 at Dkts. # 1, 5, and 6.

4. In light of the appearance of counsel on plaintiffs' behalf and the welcome representation in plaintiffs' Motion that "counsel for the [p]laintiffs feel strongly that the current *pro se* [c]omplaint must be re-drafted and amended," Pls.' Mot. at 2, **plaintiffs may file an amended complaint, and it will be due by June 12, 2023**.

5. Given the consolidation of Case No. 23-cv-0859 with Case No. 22-cv-3490, and the fact that the request for injunctive relief in Case No. 23-cv-0859 was not initiated with the filing of a complaint, pursuant to Fed. R. Civ. P. 3 and 81, any claim for permanent injunctive relief related to an alleged violation of the Protective Order entered in the arbitration must be included in the amended complaint in the consolidated action. Plaintiffs should take note that plaintiff Chishti's request for a temporary restraining order has already been denied given the absence of irreparable harm, and the request for preliminary injunctive relief has already been consolidated with the consideration of the merits.

6. Plaintiffs may choose to move in limine in the consolidated action to exclude any use or introduction of the arbitral award in lieu of adding a claim to the amended complaint. Any such motion will also be due on June 12, 2023.

7. Since the complaint has been stricken and a new complaint will be filed in the consolidated action, the **pending motions to dismiss** in Case No. 22-cv-3490, that is, Def. Michael P. Zweig's Mot. to Dismiss for Lack of Pers.

   Jurisdiction and for Failure to State a Claim Upon Which Relief Can be Granted [Dkt. # 21]; Mot. of Def. Tatiana Spottiswoode to Dismiss the Compl. [Dkt. # 22]; Def. Nancy Erika Smith's Mot. to Dismiss [Dkt. # 23]; Def. James Spottiswoode's Mot. to Dismiss [Dkt. # 24]; Edward E. Johnson's Mot. to Dismiss [Dkt. # 25], are hereby **DENIED AS MOOT**, and the schedule for the filing of oppositions is vacated.

8. **Pleadings in response to the amended complaint will be due on July 3, 2023**. If any defendant seeks to dismiss the amended complaint on grounds that have already been fully briefed, though, that defendant may simply inform the Court in their motion that the motion is supported by the previously docketed memorandum of points and authorities.

9. No motions for sanctions pursuant to Fed. R. Civ. P. 11 may be filed in this case pending further order of the Court.

10. In light of this Order, Pls.' Mot. [Dkt. # 30] in Case No. 22-cv-3490 is **DENIED AS MOOT**.

**SO ORDERED**.

*Amy B Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE: May 12, 2023